THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| | |
|---|---|
| **INSURED:** E 2, Inc. | **POLICY NUMBER:** GL99600875 |
| **PRODUCER:** Entertainment Brokers International | **EFFECTIVE DATE:** 08-08-99 |

### CONCERT PROMOTER PROGRAM SPECIAL ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of this policy in its entirety.

**A. SPECIFIC COVERAGE**

Unless otherwise specifically included, this insurance applies only to liability arising out of the Named Insured's operations as a concert promoter.

**B. ADDITIONAL INSUREDS**

Only if specifically declared as an "Additional Insured" with respect to a specific concert, as evidenced by a Certificate of Insurance issued for the Named Insured by or on behalf of the Company, it is agreed that the "Who Is An Insured" provision is amended to include as an Insured any person or organization of the types designated below, but only with respect to liability arising out of the Named Insured's operations as a concert promoter:

    1.    Owners and/or Lessors of premises leased, rented or loaned to the Named Insured, subject to the following additional exclusions:

        a.    This insurance does not apply to any occurrence which takes place after the Named Insured ceases to be a tenant in said premises;

        b.    This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the owner and/or lessor of said premises;

        c.    This insurance does not apply to any design defect or structural maintenance of said premises.

    2.    Performers.

Any other type of person or organization to be included under this policy as an "Additional Insured" must be submitted to the Company for prior approval and shall not be an "Additional Insured" unless added to the policy by endorsement.

With respect to any "Additional Insured" included under this policy, this insurance does not apply to the sole negligence of such "Additional Insured".

**C. SEATING RESTRICTIONS**

In the event of a concert promoted at a facility having a seating capacity of 25,000 or more, or for which there are admissions on an unreserved seat basis, the Named Insured shall provide the Company with the following information prior to the concert:

AIW
MAR 2000
FAR

• GL CONPRO1 1298                  1 of 2

1. Date of event and times
2. Name and location of event facility
3. Whether indoor or outdoor facility
4. Name of act(s)
5. Estimated number of admissions
6. Name(s) of security firm(s) engaged and Certificates of Insurance adding the Named Insured as Additional Insured
7. Name of loss control contact
8. Details on liquor sales and who is responsible for liquor liability

Each such event is subject to special rating to be determined by the Company, based on the above information and must be specifically endorsed hereon for coverage to apply.

D.  **SPECIAL MINIMUM PREMIUM**

The Special Minimum Premium stated on the Declarations page of this policy is fully earned at the inception of this policy.

E.  **COVERAGE**

Coverage shall not apply to any concert/event that has a specific area set up for the purpose of moshing pogo or any other form of dancing until the following has been received and approved:

1. A diagram of the area
2. Descriptions of barriers to be used
3. Experience of and the deployment plan of the security company
4. Copy of the waiver and release to be used
5. Whether the area will be videotaped

Each event is subject to separate rating to be determined by the Company.

F.  **EVENTS NOT COVERED**

This insurance shall not apply to the following events promoted by the Named Insured unless specifically endorsed hereon:

AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL CONPRO1 1298                2 of 2

03/23/2000 08:16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

INSURED:   E 2, Inc.

PRODUCER:   Entertainment Brokers International

POLICY NUMBER:   GL99600875

EFFECTIVE DATE:   08-08-99

**EXCLUSIONS - ALL HAZARDS IN CONNECTION WITH DESIGNATED EVENTS OR PREMISES**

SCHEDULE

### Designation of Operations or Premises

Aircraft Events
Animal Acts and Shows
Balloon Events
Block Parties/Street Closures/Street Fairs
Boat Shows
Boxing, Wrestling, Hockey & Football Games
Carnivals
Circuses
Concerts - Not Otherwise Classified
Evangelistic Meetings
Exhibitions
Film Production
Fireworks
Gun & Knife Shows
Gymnastic Competitions
Instructional Classes
Marathons
Mechanical Amusement Devices
Mobile Home Shows
Motorized Sporting Events
Overnight Camping
Professional Sports
Promoters
Pyrotechnics
Rap or Heavy Metal Concerts
Rummage Sales
Rodeo and Roping Events
RV Shows
Sidewalk Sales
Ski Events
Swap Meets
Swimming or Pool facilities
Tractor Pulls
Water events
Any event with a known attendance prior to the event greater than 5,000 people.
Any event not otherwise scheduled in Tulip Hazard Class I Event(s), or Tulip Hazards Class II Event(s), or Tulip Hazard Class III Event(s).

AIW
MAR 13 2000
FAR

• GL T3 1298                                1 of 2

**EXCLUSION**:

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any operations connected with the events or premises shown in the schedule, unless separately and specifically endorsed on a Limitation of Coverage to Declared Event(s) Endorsement.

AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL T3 1298                              2 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURED:     E 2, Inc.                                POLICY NUMBER:   GL99600875

PRODUCER:  Entertainment Brokers International        EFFECTIVE DATE:  08-08-99

### DESIGNATED PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE SECTION.

### SCHEDULE

Designated Product(s): Clothing apparel, records, tapes, CDs, posters, badges, photos, stickers and other similar products used to promote your business.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of any of "your products" shown in the Schedule.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL T17 1298

03-23-2000 08:16 AM

**ACCEPTANCE INSURANCE COMPANY**

☐ ACCEPTANCE INSURANCE COMPANY
☐ ACCEPTANCE CASUALTY INSURANCE COMPANY
☐ ACCEPTANCE INDEMNITY INSURANCE COMPANY
☑ REDLAND INSURANCE COMPANY

**POLICY NUMBER:** GL99600875

**NAMED INSURED AND MAILING ADDRESS:**
E 2, Inc.
1125 North Lindero Canyon Road
Westlake Village, CA 91362

C. OTIS

MAR 1 5 2000

**POLICY PERIOD: FROM:** 08-08-99  **TO:** 08-08-00  At 12:01 Standard Time at your mailing address shown above.

### ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

| COVERAGES | | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Truckers Coverage Form Shown which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | |
|---|---|---|---|---|
| LIABILITY CSL | | 8,9 | $1,000,000. | |
| PHYSICAL DAMAGE | COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS MINUS | $_____ DED. FOR EACH COVERED AUTO, BUT NO DED. APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING |
| | COLLISION | | | $_____ DEDUCTIBLE FOR EACH COVERED AUTO |

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**
**LIABILITY COVERAGE – RATING BASIS, COST OF HIRE-**

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIAB. COV. IS PRIMARY | PREMIUM |
|---|---|---|---|---|
| CA | Local  6619 | If Any | $5.75 | | $450 |
| | LONG HAUL | | Flat | | |
| | | | TOTAL PREMIUM: | $450 M.P. |

**PHYSICAL DAMAGE COVERAGE**

| COVERAGES | | LIMIT OF INSURANCE THE MOST WE WILL PAY, DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR | $ ACV WHICHEVER IS LESS, MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | FLAT | $100 |
| COLLISION | | $ ACV WHICHEVER IS LESS, MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO | FLAT | $100 |
| | | | TOTAL PREMIUM: | $200 * |

**SCHEDULE FOR NON-OWNERSHIP LIABILITY-**

| NAMED INSURED'S BUSINESS | RATING BASIS | CODE | NUMBER | PREMIUM |
|---|---|---|---|---|
| Other Than A Social Service Agency | Number of Employees | 6601 | 0-25 | $ 50 |
| | Number of Partners | | | |
| Social Service Agency | Number of Employees | | | |
| | Number of Volunteers | | | |
| | | | TOTAL PREMIUM: | $ 50 |
| | | | TOTAL DEPOSIT: | $700 M.P. |

**FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**

☑ DECLARATIONS PAGE                    AUTODEC
☑ BUSINESS AUTO COVERAGE               CA 00 01 12 93
☑ EXPLANATION OF PREMIUM BASIS         EXPREMBA 1298
☑ FELLOW EMPLOYEE COVERAGE             FEECOV 1298
☑ MEXICO ENDORSEMENT                   MEXICOEN 1298
☑ WHO IS AN INSURED                    WHOINAMD 1298

AIW
MAR 13 2000
FAR

• AUTO DEC 1298

COMMERCIAL AUTO
CA 00 01 12 93

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION V – DEFINITIONS.

## SECTION I – COVERED AUTOS

ITEM TWO of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS

SYMBOL          DESCRIPTION

1 = ANY "AUTO".

2 = OWNED "AUTOS" ONLY. Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins.

3 = OWNED PRIVATE PASSENGER "AUTOS" ONLY. Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins.

4 = OWNED "AUTOS" OTHER THAN PRIVATE PASSENGER "AUTOS" ONLY. Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins.

5 = OWNED "AUTOS" SUBJECT TO NO-FAULT. Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged.

6 = OWNED "AUTOS" SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

7 = SPECIFICALLY DESCRIBED "AUTOS". Only those "autos" described in ITEM THREE of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in ITEM THREE).

8 = HIRED "AUTOS" ONLY. Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your employees or partners or members of their households.

9 = NONOWNED "AUTOS" ONLY. Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS

1. If symbols 1, 2, 3, 4, 5 or 6 are entered next to a coverage in ITEM TWO of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

MAR 18 2000
FAR

CA 00 01 12 93          Copyright, Insurance Services Office, Inc., 1993          Page 1 of 11

2. But, if symbol **7** is entered next to a coverage in **ITEM TWO** of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C. **CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS**

   If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

   1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

   2. "Mobile equipment" while being carried or towed by a covered "auto".

   3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

      a. Breakdown;
      b. Repair;
      c. Servicing;
      d. "Loss"; or
      e. Destruction.

## SECTION II – LIABILITY COVERAGE

A. **COVERAGE**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **WHO IS AN INSURED**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

      (2) Your employee if the covered "auto" is owned by that employee or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      (4) Anyone other than your employees, partners, a lessee or borrower or any of their employees, while moving property to or from a covered "auto".

(5) A partner of yours for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. COVERAGE EXTENSIONS**

a. Supplementary Payments. In addition to the Limit of Insurance, we will pay for the "insured":

(1) All expenses we incur.

(2) Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $100 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. Out-of-State Coverage Extensions.

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. EXCLUSIONS**

This insurance does not apply to any of the following:

**1. EXPECTED OR INTENDED INJURY**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. CONTRACTUAL**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

**3. WORKERS' COMPENSATION**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. EMPLOYEE INDEMNIFICATION AND EMPLOYER'S LIABILITY**

"Bodily injury" to:

a. An employee of the "insured" arising out of and in the course of employment by the "insured"; or

b. The spouse, child, parent, brother or sister of that employee as a consequence of paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic employees not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract".

**5. FELLOW EMPLOYEE**

"Bodily injury" to any fellow employee of the "insured" arising out of and in the course of the fellow employee's employment.

**6. CARE, CUSTODY OR CONTROL**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. HANDLING OF PROPERTY**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. MOVEMENT OF PROPERTY BY MECHANICAL DEVICE**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. OPERATIONS**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

**10. COMPLETED OPERATIONS**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. POLLUTION**

"Bodily Injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or



(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

Paragraphs b. and c. above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

12. **WAR**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

13. **RACING**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

C. **LIMIT OF INSURANCE**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

A. **COVERAGE**

1. We will pay for "loss" to a covered "auto" or its equipment under:

    a. Comprehensive Coverage. From any cause except:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

    b. Specified Causes of Loss Coverage. Caused by:

    (1) Fire, lightning or explosion;

    (2) Theft;

    (3) Windstorm, hail or earthquake;

    (4) Flood;

    (5) Mischief or vandalism; or

*AIW*
*MAR 13 2000*
*FAR*

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

  c. **Collision Coverage.** Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing.**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting a Bird or Animal – Falling Objects or Missiles.**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extension.** We will pay up to $15 per day to a maximum of $450 for transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**B. EXCLUSIONS**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  a. **Nuclear Hazard.**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

  b. **War or Military Action.**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

  a. Wear and tear, freezing, mechanical or electrical breakdown.

  b. Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

  a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  b. Equipment designed or used for the detection or location of radar.

  c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

  d. Any accessories used with the electronic equipment described in paragraph **c.** above.

AIW
MAR 13 2000
FAR

(3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

(4) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

(5) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

(6) A determination by the Commissioner of Insurance that the:

  (a) Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

  (b) Continuation of the policy coverage would:

    (i) Place us in violation of California law or the laws of the state where we are domiciled; or

    (ii) Threaten our solvency.

(7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

b. We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, and to the producer of record, at least:

(1) 10 days before the effective date of cancellation if we cancel for a reason listed in paragraph 8.a.(1) or (2).

(2) 30 days before the effective date of cancellation if we cancel for any other reason listed in paragraph 8.a.

B. The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

1. Subject to the provisions of paragraphs B.2. and B.3. below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **RESIDENTIAL PROPERTY**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   BUSINESSOWNERS POLICY
   COMMERCIAL PROPERTY COVERAGE PART
   FARM COVERAGE PART – FARM PROPERTY COVERAGE FORM

   a. We may elect not to renew such coverage for any reason, except as provided in b. and c. below:

   b. We will not refuse to renew such coverage solely because the first Named Insured has accepted our offer of earthquake coverage.

   c. We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction (c.) applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   (1) BUSINESSOWNERS POLICY – BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM;

(2) COMMERCIAL PROPERTY COVERAGE PART – CAUSES OF LOSS – SPECIAL FORM; or

(3) FARM COVERAGE PART – FARM PROPERTY COVERAGE FORM; Covered Causes of Loss – SPECIAL.

3. We are not required to send notice of nonrenewal in the following situations:

a. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph **B.1**.

c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

d. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e. If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

f. If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in paragraph **B.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

AIW
MAR 1 3 2000
FAR

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**INSURED:** E 2, Inc.

**PRODUCER:** Entertainment Brokers International

**POLICY NUMBER:** GL99600875

**EFFECTIVE DATE:** 08-08-99

### EXCLUSION OF AIRCRAFT LIABILITY

It is agreed that:

This insurance does not apply to "bodily injury" or "property damage" arising out of the operations, maintenance, use, leasing, hiring, renting, borrowing, lending, loading or unloading of aircraft, whether owned by the Insured or others.

This exclusion does not apply to a non-owned aircraft while used as a prop by the Insured for filming operations, provided the aircraft is neither being operated nor is in motion.

AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL AIREXL 1298