03-23-2000 08:16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.

**PRODUCER:** Entertainment Brokers International

**POLICY NUMBER:** GL99600875

**EFFECTIVE DATE:** 08-08-99

## EXCLUSION - ASBESTOS

Notwithstanding any other provision contained or incorporated in this policy, this insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury", "Advertising Injury", or any other injury or damage, or to any liability whatsoever, in whole or in part caused by, resulting from, arising out of, or in any way related to "Asbestos", including, but not limited to:

a.  The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, transportation, disposal, existence, presence, emanation, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to "Asbestos"; or

b.  Any request, demand, or order issued or made by any governmental body or agency that any "Insured" or others investigate, test for, monitor, clean up, remove, contain, remediate, treat, detoxify, neutralize, or in any way respond to or assess the extent or the effects of "Asbestos".

The Company shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements, as to any claim, suit, or proceeding involving or allegedly involving "Asbestos".

As used in this exclusion, "Asbestos" includes, but is not limited to, the mineral asbestos in any form, asbestos fibers, asbestos dust, asbestos products, asbestos containing materials, and asbestos contained in any products, goods, materials, buildings, structures, or other real or personal property.

All other terms and conditions of this policy remain unchanged.

AIW
MAR 13 2000
EAR

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

● GL ASBEXL 1298

03-23-2000 08:16 AM

COMMERCIAL GENERAL LIABILITY
CG 21 46 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and paragraph 2., Exclusions of COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury", "property damage", "advertising injury" or "personal injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or
2. The negligent:
   a. Employment;
   b. Investigation;
   c. Supervision;
   d. Reporting to the proper authorities, or failure to so report; or
   e. Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph 1. above.

AIW
MAR 13 2000
FAR

03-23-2000 08:16 AM

COMMERCIAL GENERAL LIABILITY
CG 21 47 10 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

 (a) Refusal to employ that person;

 (b) Termination of that person's employment; or

 (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph 2., Exclusions of COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

"Personal injury" to:

(1) A person arising out of any:

 (a) Refusal to employ that person;

 (b) Termination of that person's employment; or

 (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

AIW
MAR 13 2000
FAR

CG 21 47 10 93    Copyright, Insurance Services Office, Inc., 1992    Page 1 of 1

03-23-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| | | | |
|---|---|---|---|
| **INSURED:** | E 2, Inc. | **POLICY NUMBER:** | GL99600875 |
| **PRODUCER:** | Entertainment Brokers International | **EFFECTIVE DATE:** | 08-08-99 |

## ENTERTAINMENT ERRORS & OMISSIONS EXCLUSIONS
## AMENDMENT ENDORSEMENT

Coverage, as is afforded by this policy, does not apply to:

1. Radio, television and motion picture producers' errors and omissions liability

2. Advertisers' errors and omissions liability

3. Broadcasters' errors and omissions liability

4. Publishers' errors and omissions liability

5. Loss arising from any publication or literature including any musical material conducted or composed by or on behalf of the Named Insured

6. Liability arising out of contracts or agreements with labor unions except entertainment related unions or professional guilds

AIW
MAR 1 3 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL EEOEXL 1298

03-23-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.

**POLICY NUMBER:** GL99600875

**PRODUCER:** Entertainment Brokers International

**EFFECTIVE DATE:** 08-08-99

**EXCLUSIONS - ALL HAZARDS IN CONNECTION WITH DESIGNATED EVENTS OR PREMISES**

**SCHEDULE**

**Designation of Operations or Premises**

Aircraft Events
Balloon Events
Circuses
Mechanical Amusement Devices
Motorized Sporting Events
Overnight Camping
Rodeo and Roping Events
Tractor Pulls

**EXCLUSION:**

This insurance does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of any operations connected with the events or premises shown in the schedule, unless separately and specifically endorsed on a Limitation of Coverage to Declared Event(s) Endorsement.

AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

● GL OPEREXL 1298

03-23-2000 08 16 AM

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply:
1. To any "occurrence" which takes place after the equipment lease expires;
2. To "bodily injury" or "property damage" arising out of the sole negligence of the person or organization shown in the Schedule.

AIW
MAR 13 2000
FAR

CG 20 28 11 85            Copyright, Insurance Services Office, Inc., 1984            Page 1 of 1

03-23-2000 08:16 AM

POLICY NUMBER:  COMMERCIAL GENERAL LIABILITY
CG 20 12 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – STATE OR POLITICAL SUBDIVISIONS – PERMITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| State Or Political Subdivision: |
|---|
|   |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II – Who Is An Insured** is amended to include as an insured any state or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

2. This insurance does not apply to:
   a. "Bodily injury," "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or
   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

AIW
MAR 13 2000
FAR

CG 20 12 07 98  Copyright, Insurance Services Office, Inc., 1997  Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| | | | |
|---|---|---|---|
| **INSURED:** | E 2, Inc. | **POLICY NUMBER:** | GL99600875 |
| **PRODUCER:** | Entertainment Brokers International | **EFFECTIVE DATE:** | 08-08-99 |

**COVERAGE B: PERSONAL AND ADVERTISING INJURY LIABILITY ENTERTAINMENT INDUSTRY EXCLUSION:**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART

This policy does not apply to **Personal Injury** or **Advertising Injury** arising out of the development, creation, pre-production, production, post-production, distribution, exploitation, writing, broadcasting, airing, performing or exhibition of films, television/cable programs, radio programs, stage plays, video/audio cassettes, music, sheet music, computer programs, books or other similar materials, and properties.

All other terms and conditions of this policy remain unchanged.

AIW
MAR 13 2000

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

● GL T14 1298

03-23-2000 08:16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | | | |
|---|---|---|---|
| **INSURED:** | E 2, Inc. | **POLICY NUMBER:** | GL99600875 |
| **PRODUCER:** | Entertainment Brokers International | **EFFECTIVE DATE:** | 08-08-99 |

**UNINTENTIONAL ERRORS AND OMISSIONS**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

The failure of the named insured to disclose all hazards existing at the effective date of the policy, shall not prejudice the insured with respect to the insurance afforded by the policy, provided such failure is not intentional.

All other terms and conditions of this policy remain unchanged.

AIW
MAR 1 3 2000
FAR

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL UNIEO 1298



## Acceptance Insurance Companies

### REDLAND INSURANCE COMPANY
Claims Department
300 West Broadway, Suite 1600
P.O. Box 4017
Council Bluffs, IA 51502-4017
TELEPHONE: 800-832-0137
FAX: 712-329-3660

July 13, 2000

David Smeaton
Litigation Analyst
Risk Management Department
Westfield Corporation, Inc.
11601 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

RE:     Claim No.:     EB99900689
          Policy No.:     GL99600875
          Insured:       $E^2$, Inc.
          Date of Loss:   11/18/99
          Claimant:     Janet Edwards

RECEIVED JUL 18 2000 RISK MANAGEMENT

Dear Mr. Smeaton:

We have received Summons and Complaint No. CV00 0177250S filed in the Superior Court of Stamford, Connecticut, entitled <u>Janet Edwards v. Westland Properties, Inc., and $E^2$, Inc.</u> This lawsuit arises out of an incident which occurred on or about the 18th day of November 1999, for which the plaintiff is seeking damages. Specifically, the Complaint alleges that Ms. Edwards was performing a children's show at the Trumbull Shopping Park when she fell off an elevated stage and broke her ankle. She contends that Westland, Inc., failed to provide a stage of adequate size, provide a safe stage, and inform her of the size of the stage.

$E^2$ was issued a policy of liability insurance, Policy No. GL99600875, by Redland Insurance Company for the policy period of August 8, 1999 to August 8, 2000. Westfield America, Inc., Westland Property, Inc., and Westfield Corporation, Inc., were named as additional insureds under the policy by certificate. As such, you are now claiming benefits under said policy.

We respectfully wish to call your attention to the endorsement under the policy entitled Concert Promoter Program Special Endorsement, GL CONPRO1 (12/98), which states, in pertinent part:

### "CONCERT PROMOTER PROGRAM SPECIAL ENDORSEMENT"

David Smeaton
Page 2

B. **ADDITIONAL INSUREDS**

Only if specifically declared as an 'additional Insured' with respect to a specific concert, as evidenced by a Certificate of Insurance issued for the Named Insured by or on behalf of the Company, it is agreed that the 'Who Is An Insured' provision is amended to include as an Insured any person or organization of the types designated below, but only with respect to liability arising out of the Named Insured's operations as a concert promoter:

1. Owners and/or Lessors of premises leased, rented or loaned to the Named Insured, subject to the following additional exclusions:

    a. This insurance does not apply to any occurrence which takes place after the Named Insured ceases to be a tenant in said premises;

    b. This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the owner and/or lessor of said premises;

    c. This insurance does not apply to any design defect or structural maintenance of said premises.

2. Performers.

    Any other type of person or organization to be included under this policy as an 'Additional Insured' must be submitted to the Company for prior approval and shall not be an 'Additional Insured' unless added to the policy by endorsement.

    With respect to any 'Additional Insured' included under this policy, this insurance does not apply to the sole negligence of such 'Additional Insured'."

A copy of the endorsement is enclosed for your review. Please note that the insurance, as it applies to additional insureds, does not apply to any design defect or structural maintenance of the premises where the program is to be performed. Because Ms. Edwards is alleging specific design defects in the stage, Westfield would not qualify as an additional insured based on this exclusion.

David Smeaton
Page 3



Redland Insurance Company did receive a Motion for Default filed against Westland Properties, Inc., by plaintiff's counsel on April 14, 2000. We did enter a defense on behalf of Westland at that time to protect from a default being taken. However, now that we have had opportunity to review our coverage position, we must withdraw our defense.

It is the position of Redland Insurance Company that the above-cited policy provisions apply with respect to the claim being presented by Janet Edwards. Therefore, we must respectfully disclaim coverage and contend that you are not entitled to benefits under the above-captioned policy of insurance. We, by this disclaimer of coverage, also decline to provide a defense in your behalf and/or indemnify you for any verdict rendered against you arising out of this lawsuit.

Our decision has been based on all facts presently available to us. If you have additional knowledge or facts relevant to this matter or should you receive a new or amended Complaint, please notify us in writing immediately so that we can evaluate the additional information and/or new allegations for potential coverage under the above policy.

By naming the specific grounds for this disclaimer of coverage, we do not waive any of our rights or any of the other provisions or conditions of the policy of insurance and specifically reserve all of our rights and remedies under this policy and under the statutes and common law.

Please inform your insurance carrier immediately of this claim and ask that they take over the defense as soon as possible. Please contact me with the name and address of the attorney who will be defending you in this matter so that the proper change of attorney motions can be filed. Again, it is imperative that you turn this matter over to your insurance carrier immediately to enter a defense on your behalf for this lawsuit.

Sincerely,

Darla Sorensen
Litigation Specialist II

DS/pad

CERTIFIED MAIL - RETURN RECEIPT REQUESTED & REGULAR MAIL

## SETTLEMENT AND RELEASE AGREEMENT

This Settlement and Release Agreement ("Agreement") is made by and between Trumbull Shopping Center #2, LLC ("Trumbull Shopping Center") and Redland Insurance Company ("Redland"), collectively referred to hereinafter as the "the Parties."

## RECITALS

**WHEREAS,** Redland issued a Commercial General Liability policy ("Policy") No. GL 99600875 (successor to Policy No. GL 99600291) to $E^2$, Inc. with an effective date of coverage from August 8, 1999 to August 8, 2000, and naming Trumbull Shopping Center as an additional insured pursuant to endorsement CONPRO1 1298 of said Policy; and

**WHEREAS,** Trumbull Shopping Center has incurred and may in the future incur certain liabilities, losses and expenses arising out of a lawsuit instituted by Janet Edwards entitled <u>Janet Edwards v. Westland Properties, Inc., et al.</u>, bearing Docket No. CV-00-0386309S ("Janet Edwards claim"), pending in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport; and

**WHEREAS,** Trumbull Shopping Center has tendered the Janet Edwards claim to Redland and the Parties have significant disagreements about whether the Policy provides certain coverage for that claim; and

**WHEREAS,** Trumbull Shopping Center instituted an action against Redland captioned <u>Trumbull Shopping Center, LLC #2 v. Redland Insurance Company</u>, bearing Docket No. CV-01-0381442S, pending in the Connecticut Superior Court, Judicial District of Fairfield at