FILED

2004 JAN 15 P 12: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| REDLAND INSURANCE COMPANY | : | CIVIL ACTION |
| | : | NO. 3:03 CV 0329 (AWT) |
| Plaintiff | : | |
| V. | : | |
| | : | |
| TRUMBULL SHOPPING CENTER, LLC | : | |
| #2, a/k/a WESTLAND PROPERTIES, | : | |
| INC. a/k/a WESTLAND PROPERTY, INC. | : | |
| a/k/a WESTFIELD AMERICA, INC. a/k/a | : | |
| WESTFIELD CORPORATION, INC. and | : | |
| JANET EDWARDS | : | |
| | : | |
| Defendants | : | JANUARY 15, 2004 |

## CONSENTED MOTION FOR ENLARGEMENT OF TIME

The undersigned plaintiff, Redland Insurance Company (hereinafter referred to as "Redland"), by and through its counsel, hereby moves for a five (5) day enlargement of time to respond to the Motion for Summary Judgment dated December 30, 2003 filed by the defendant, Trumbull Shopping Center, LLC #2, a/k/a Westland Properties, Inc. a/k/a, Westland Property, Inc. a/k/a, Westfield America, Inc. a/k/a, Westfield Corporation, Inc. (hereinafter referred to as "Trumbull"). The plaintiff's response is currently due on January 21, 2004. The plaintiff respectfully requests that the deadline for filing its response be extended until January 26, 2004. In support of this motion, the plaintiff represents as follows:

10688.0019.143

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1.  This is a declaratory judgment action whereby the plaintiff is seeking a judicial determination that the insurance coverage provided under policy of insurance issued by the plaintiff to E2, Inc. does not provide coverage to the defendant, Trumbull, for the claims asserted against it by the defendant, Janet Edwards, in connection with a slip and fall occurring on or about November 18, 1999, in Trumbull, Connecticut.

2.  Trumbull filed a Motion for Summary Judgment on December 30, 2003.

3.  Pursuant to Local Rules of Civil Procedure 7 (a) and 56 (a), the plaintiff must respond to the Motion for Summary Judgment on or before January 21, 2004.

4.  The plaintiff seeks an additional five (5) days to complete its response to the Motion for Summary Judgment.

5.  This is the plaintiff's first request for an extension of time to respond to the Motion for Summary Judgment.

6.  Good cause exists for the granting of this motion because the plaintiff's counsel is actively seeking one or more affidavits in support of the plaintiff's response to the Motion for Summary Judgment and the additional time is requested in order to ensure that such affidavits are executed and received by counsel prior to the filing deadline.

7.  Trumbull's counsel, S. Peter Sachner, courteously consents to the granting of this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF:
REDLAND INSURANCE COMPANY

By _____
Stephen H. Broer of
HALLORAN & SAGE LLP
Fed. Bar #ct21637
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 15th day of January, 2003, I hereby mailed a copy of the foregoing Consented Motion for Enlargement of Time to:

Stephen Jacques, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Cheshire, CT 06410

S. Peter Sachner, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P. O. Box 1936
New Haven, CT 06509

_____
Stephen H. Broer

503942.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105