UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REDLAND INSURANCE COMPANY | : | CIVIL ACTION |
| | : | NO. 3:03 CV 0329 (AWT) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| TRUMBULL SHOPPING CENTER LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS | : | |
| | : | |
| Defendants | : | JANUARY 20, 2004 |

PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION TO AMEND ANSWER

    The plaintiff, Redland Insurance Company (hereinafter referred to as "Redland"), hereby moves to deny the defendant's, Trumbull Shopping Center, LLC #2, a/k/a Westland Properties, Inc., a/k/a Westland Property, Inc., a/k/a Westfield America, Inc., a/k/a Westfield Corporation, Inc. (hereinafter referred to as "Trumbull"), Motion for Leave to Amend Answer dated December 30, 2004.  The bases for the Redland's objection are as follows:

    By way of its motion dated December 30, 2003, Trumbull seeks to amend its answer dated September 10, 2003 by adding counterclaims demanding award of costs and attorneys' fees in connection with its defense of the present declaratory judgment

10688.0019.143

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

action, breach of the duty to indemnify and breach of the covenant of good faith and fair dealing.  These proposed amendments are based on alleged breaches by Redland of the terms of a Commercial General Liability policy, number GL99600875 (hereinafter referred to as the "Policy"), issued by Redland that named E2, Inc. as the named insured and which was in effect on November 18, 1999.  Trumbull asserts that it is entitled to defense and indemnification under the Policy in connection with a lawsuit commenced by Janet Edwards against Trumbull in the Superior Court for the Judicial District of Stamford, which case was subsequently transferred to the Judicial District of Fairfield at Bridgeport, bearing docket number CV 00-0386309-S (hereinafter the "Edwards lawsuit").

    Trumbull's Motion for Leave to Amend Answer, dated December 30, 2003, should be denied because its proffered counterclaims are not ripe and fail to state claims upon which relief may be granted.  Accordingly, the counterclaims are non-justiciable.  Moreover, Trumbull's counterclaims could not survive a Motion for Summary Judgment.  Specifically, Trumbull seeks to amend its answer to assert a counterclaim for costs and attorneys fees despite the fact that the instant matter is not yet concluded and despite the fact that it has not prevailed in the present declaratory judgment action.  Furthermore, Trumbull seeks to assert counterclaims for breach of contract and bad faith breach of contract despite the fact that Redland is not presently denying coverage to Trumbull under the Policy.  Simply put, Trumbull is not presently

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

entitled to claim costs or attorneys fees or to assert that Redland has breached any contract with Trumbull.

Wherefore, for the reasons stated herein and in the accompanying Memorandum of Law in support of the instant objection, Trumbull's Motion for Leave to Amend its Answer should be denied.

THE PLAINTIFF:
REDLAND INSURANCE COMPANY

By_____
Stephen H. Broer of
HALLORAN & SAGE LLP
Fed. Bar #ct21637
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 3 -

One Goodwin Square　　　　HALLORAN　　　　Phone (860) 522-6103
225 Asylum Street　　　　 & SAGE LLP　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　Juris No. 26105

## CERTIFICATION

This is to certify that on this 20th day of January, 2004, I hereby mailed a copy of the foregoing to:

Stephen Jacques, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Cheshire, Connecticut 06410

S. Peter Sachner
Tyler Cooper & Alcorn, Llp
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509

                                                Stephen H. Broer

506012.1(HS-FP)

- 4 -