HONORABLE _Thompson_    CT rcvmhrg (October 17, 2001)

DEPUTY CLERK _____    RPTR/ERO/TAPE _DH_

TOTAL TIME: ___ hours _16_ minutes

DATE _1/22/04_    START TIME _2:04pm_    END TIME _2:20pm_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:03 CV 329_

_Redland Ins._

vs.

_Trumbull Shopping Ctr._

§
§
§
§
§

_S. Broer_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_P. Sachner_
Defendants Counsel
_S. Jacques_

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing _by phone_
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☒ | #24 | Motion | for enlargement of time to 1/26/04 | ☒ granted | ☐ denied | ☐ advisement |
| ☒ | #23 | Motion | for leave to amend answer | ☐ granted | ☒ denied | ☐ advisement |
| ☒ | #21 | Motion | for summary judgment | ☐ granted | ☐ denied | ☒ advisement |
| ☐ | # | Motion | without prejudice | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☒ | Pltf | Oral Motion | for extension to 1/26/04 to respond | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | to motion for summary judgment | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |

☐ ........ Hearing continued until _____ at