23

03CV329 motamd 1→

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

REDLAND INSURANCE COMPANY

    Plaintiff,

V.

TRUMBULL SHOPPING CENTER, LLC
#2 a/k/a WESTLAND PROPERTIES,
INC. a/k/a WESTLAND PROPERTY,
INC. a/k/a WESTFIELD AMERICA, INC.
a/k/a WESTFIELD CORPORATION,
INC. and JANET EDWARDS,

    Defendants.

CIVIL ACTION NO.: 3:03 CV 0329
(AWT)

    RKW

DECEMBER 30, 2003

## DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER

Pursuant to Fed. R. Civ. P. 15(a), defendant Trumbull Shopping Center #2, LLC ("TSC")

respectfully moves this Court for permission to amend its Answer, dated September 10, 2003, to

add a counterclaim pursuant to Fed. R. Civ. P. 13(e) and (f) clarifying that the defendant is

seeking the award of costs and attorneys' fees in connection with its defense of this declaratory

ORAL ARGUMENT NOT REQUESTED

DENIED, without prejudice, at a status conference on the record today. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1/26/04