UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REDLAND INSURANCE COMPANY | : | CIVIL ACTION |
| | : | NO. 3:03 CV 0329 (AWT) |
| Plaintiff | : | |
| V. | : | |
| | : | |
| TRUMBULL SHOPPING CENTER, LLC | : | |
| #2, a/k/a WESTLAND PROPERTIES, | : | |
| INC. a/k/a WESTLAND PROPERTY, INC. | : | |
| a/k/a WESTFIELD AMERICA, INC. a/k/a | : | |
| WESTFIELD CORPORATION, INC. and | : | |
| JANET EDWARDS | : | |
| | : | |
| Defendants | : | JANUARY 15, 2004 |

**CONSENTED MOTION FOR ENLARGEMENT OF TIME**

Extension GRANTED, absent objection, to and including January 26, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1/23/04

The undersigned plaintiff, Redland Insurance Company (hereinafter referred to as "Redland"), by and through its counsel, hereby moves for a five (5) day enlargement of time to respond to the Motion for Summary Judgment dated December 30, 2003 filed by the defendant, Trumbull Shopping Center, LLC #2, a/k/a Westland Properties, Inc. a/k/a, Westland Property, Inc. a/k/a, Westfield America, Inc. a/k/a, Westfield Corporation, Inc. (hereinafter referred to as "Trumbull"). The plaintiff's response is currently due on January 21, 2004. The plaintiff respectfully requests that the deadline for filing its response be extended until January 26, 2004. In support of this motion, the plaintiff represents as follows:

10688.0019.143

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105