# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REDLAND INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:03 CV 0329 (AWT) |
| | : | |
| V. | : | |
| | : | |
| TRUMBULL SHOPPING CENTER, LLC #2, a/k/a | : | |
| WESTLAND PROPERTIES, INC. a/k/a | : | |
| WESTLAND PROPERTY, INC. a/k/a | : | |
| WESTFIELD AMERICA, INC. a/k/a | : | |
| WESTFIELD CORPORATION, INC. and | : | |
| JANET EDWARDS | : | |
| | : | |
| Defendants | : | JANUARY 26, 2004 |

## PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, the plaintiff, Redland Insurance Company ("Redland"), hereby objects to the defendant's Motion for Summary Judgment dated December 30, 2003.

A memorandum of law in opposition to the Motion for Summary Judgment as required by Local Rule 56 (a) 4, as well as a "Local Rule 56 (a) 2 Statement" as required by Local Rule 56 (a) 2, accompanies this Objection. In addition, Redland's Consolidated Memorandum of Law in Support Of Plaintiff's Cross-Motion For Summary

**ORAL ARGUMENT REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Judgment And In Opposition To The Defendant's Motion For Summary Judgment is accompanied and supported by documentary evidence.

**PLAINTIFF,
REDLAND INSURANCE COMPANY**

By _____    Date: _____
    Stephen H. Broer
    HALLORAN & SAGE  LLP
    Fed. Bar #ct21637
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 522-6103

## **CERTIFICATON**

This is to certify that on this 26th day of January, 2004, a copy of the foregoing Consented Motion for Enlargement of Time was mailed, postage-prepaid or hand-delivered to:

Stephen Jacques, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Cheshire, Connecticut 06410

S. Peter Sachner
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509

_____
Stephen H. Broer

503547.1(HSFP)



One Goodwin Square      HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                                                               Juris No. 26105