# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REDLAND INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:03 CV 0329 (AWT) |
| | : | |
| V. | : | |
| | : | |
| TRUMBULL SHOPPING CENTER, LLC #2, a/k/a | : | |
| WESTLAND PROPERTIES, INC. a/k/a | : | |
| WESTLAND PROPERTY, INC. a/k/a | : | |
| WESTFIELD AMERICA, INC. a/k/a | : | |
| WESTFIELD CORPORATION, INC. and | : | |
| JANET EDWARDS | : | |
| | : | |
| Defendants | : | JANUARY 26, 2004 |

## LOCAL RULE 56 (a) 2 STATEMENT

The plaintiff, Redland Insurance Company ("Redland"), in accordance with Rule 56 (a) 2 of the Rules of the United States District Court for the District of Connecticut, hereby states that the following facts asserted by the defendant in the Defendant Westland's Local Rule 56 (a) 1 Statement dated December 30, 2003 are undisputed:

1.   Admitted.  Plaintiff's Local Rule 56 (a) 1 Statement dated January 26, 2004, (hereinafter referred to as the "Plaintiff's Statement"), ¶2.

2.   Admitted.  Plaintiff's Statement, ¶2.

3.   Admitted.  Plaintiff's Statement, ¶3.

4.   Denied.  See, Plaintiff's Statement, ¶¶10 and 11.

5.   Admitted.  Plaintiff's Statement, ¶5.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. Admitted. <u>Plaintiff's Statement</u>, ¶13.

7. Admitted. <u>Plaintiff's Statement</u>, ¶14-17.

8. Admitted. <u>Plaintiff's Statement</u>, ¶6-8.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Neither admitted nor denied because the "facts" asserted in this paragraph are immaterial. To the extent an answer is deemed to be required, admitted. The Exhibit(s) referenced in this paragraph are immaterial and speak for themselves. To the extent that defendant is relying upon the referenced Exhibits for the truth of the matter asserted, they are inadmissible hearsay.

22. Neither admitted nor denied because the "facts" asserted in this

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

paragraph are immaterial.  To the extent an answer is deemed to be required, admitted.

23.    Neither admitted nor denied because the "facts" asserted in this paragraph are immaterial.  To the extent an answer is deemed to be required, admitted.  The Exhibit(s) referenced in this paragraph are immaterial and speak for themselves.  To the extent that defendant is relying upon the referenced Exhibits for the truth of the matter asserted, they are inadmissible hearsay.

24.    Neither admitted nor denied because the "facts" asserted in this paragraph are immaterial.  To the extent an answer is deemed to be required, admitted.

**PLAINTIFF,**
**REDLAND INSURANCE COMPANY**

By _____    Date: _____
    Stephen H. Broer
    HALLORAN & SAGE  LLP
    Fed. Bar #ct21637
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATON**

    This is to certify that on this 26th day of January, 2004, a copy of the foregoing Consented Motion for Enlargement of Time was mailed, postage-prepaid or hand-delivered to:

Stephen Jacques, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Cheshire, Connecticut 06410

S. Peter Sachner
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509

                                                                        _____
                                                                         Stephen H. Broer

507415.1(HSFP)



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105