UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REDLAND INSURANCE COMPANY

    Plaintiff

V.

TRUMBULL SHOPPING CENTER, LLC #2, a/k/a
WESTLAND PROPERTIES, INC. a/k/a
WESTLAND PROPERTY, INC. a/k/a
WESTFIELD AMERICA, INC. a/k/a
WESTFIELD CORPORATION, INC. and
JANET EDWARDS

    Defendants

CIVIL ACTION
NO. 3:03 CV 0329 (AWT)

JANUARY 21, 2004

## AFFIDAVIT OF PATRICK E. GREENWOOD

PATRICK E. GREENWOOD, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am Claim Counsel for Berkley Risk Administrators Company, LLC handling claims for Acceptance Insurance Company a/k/a Redland Insurance Company (hereinafter referred to as "Redland").

3. I have personal knowledge of the facts set forth in this affidavit.

4. Included among my responsibilities at Berkley is handling commercial

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

liability insurance claims.

5. Redland is an Iowa corporation.

6. I have reviewed the insurance policy attached hereto as <u>Exhibit 1</u>, and state, to the best of my knowledge and belief, that it is a true and accurate copy of the Commercial General Liability policy, number GL99600875 which named E2, Inc. as the named insured (hereinafter referred to as the "Redland Policy") which was in effect on November 18, 1999. Redland is in the business of issuing insurance policies and the document attached hereto as <u>Exhibit 1</u> was prepared during the regular course of Redland's business.

7. Based upon knowledge and belief, by Complaint dated March 8, 2000, Janet Edwards, commenced a lawsuit against Trumbull Shopping Center, LLC #2, a/k/a Westland Properties, Inc., a/k/a Westland Property, Inc., a/k/a Westfield America, Inc., a/k/a Westfield Corporation, Inc. (hereinafter referred to as "Trumbull") which was the owner of a shopping mall located at 5064 Main Street Trumbull, Connecticut known as Westfield Shopping Town Trumbull formerly known as the Trumbull Shopping Park (hereinafter referred to as the "Mall"), in the Superior Court for the Judicial District of Stamford, which case was subsequently transferred to the Judicial District of Fairfield at Bridgeport, bearing docket number CV 00-0386309-S (hereinafter the "<u>Edwards</u> lawsuit"). The operative complaint in the <u>Edwards</u> lawsuit, upon information and belief, is dated August 3, 2000.

8. In the <u>Edwards</u> lawsuit, Janet Edwards alleges that on or about November

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

18, 1999, she was caused to slip and fall off an elevated stage located at the Mall and she sustained injuries as a result of that fall.

9. Based upon knowledge and belief, on or about October 14, 1999, Trumbull entered into a written contract with E2 (hereinafter referred to as the "Contract") for a show to take place on November 18, 1999.

10. Based upon knowledge and belief, the Contract constituted the entire agreement between the parties and did not require that E2 name the Mall as an additional insured under the Redland Policy and did not obligate E2 to defend or indemnify the Mall under any circumstances.

11. Based upon knowledge and belief, the Contract did not require or permit the Mall to lease, rent or loan any premises to E2.

12. Based upon knowledge and belief, on or before November 18, 1999, E2's insurance agent issued a Certificate of Insurance (hereinafter referred to as the "Certificate") to the Mall.

13. Based upon knowledge and belief, the Certificate was issued as a matter of information only and did not confer any rights under the Redland Policy upon Trumbull.

14. Based upon knowledge and belief, the Certificate does not specify any date(s) of any concert(s), the location(s) of concert(s), any time(s) of concert(s) or any activities related to any concert(s).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

15.  Trumbull has made a demand upon Redland under the Redland Policy for defense and indemnification in connection with the claims asserted against it by Janet Edwards in the <u>Edwards</u> lawsuit.

16.  Redland alleges that it is not obligated to defend or indemnify Trumbull under the Policy in connection with the <u>Edwards</u> lawsuit because, among other reasons: (1) Trumbull is not an additional insured under the Redland Policy because the Certificate does not specifically declare Trumbull as an additional insured with respect to a specific concert, (2) the Redland Policy excludes insurance coverage for any design defect or structural maintenance and, therefore, coverage is excluded and (3) the Redland Policy does not provide coverage because Trumbull was not an owner and/or lessor of any premises leased, rented or loaned to E2.

17.  Notwithstanding its position that the Redland Policy does not afford coverage to Trumbull in connection with the claims asserted against it in the <u>Edwards</u> lawsuit, Redland is presently providing Trumbull with a defense in the <u>Edwards</u> lawsuit under a complete reservation of rights.

18.  Redland is not presently denying any obligation to indemnify Trumbull in connection with the claims asserted against it in the <u>Edwards</u> lawsuit but, rather, is reserving all of its rights under the Redland Policy and is presently seeking a judicial determination concerning its coverage obligations to Trumbull in connection with the <u>Edwards</u> lawsuit.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

19. I submit this Affidavit in support of Redland's Motion for Summary Judgment.

_____
Patrick E. Greenwood

STATE OF IOWA : 
COUNTY OF Pottawattamie : ss.    Council Bluffs

Subscribed and sworn to before me this 22nd day of January, 2004.

_____
Notary Public/ Commissioner
of the Superior Court

SUSANNE KUESTER
Commission Number 704435
MY COMMISSION EXPIRES
AUGUST 3, 2004

505906.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105