THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**INSURED:** E 2, Inc.

**PRODUCER:** Entertainment Brokers International

**POLICY NUMBER:** GL99600875

**EFFECTIVE DATE:** 08-08-99

## EXCLUSION OF AIRCRAFT LIABILITY

It is agreed that:

This insurance does not apply to "bodily injury" or "property damage" arising out of the operations, maintenance, use, leasing, hiring, renting, borrowing, lending, loading or unloading of aircraft, whether owned by the Insured or others.

This exclusion does not apply to a non-owned aircraft while used as a prop by the Insured for filming operations, provided the aircraft is neither being operated nor is in motion.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL AIREXL 1298

03-23-2000 08 15 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.   **POLICY NUMBER:** GL99600875

**PRODUCER:** Entertainment Brokers International   **EFFECTIVE DATE:** 08-08-99

### EXCLUSION - ASBESTOS

Notwithstanding any other provision contained or incorporated in this policy, this insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury", "Advertising Injury", or any other injury or damage, or to any liability whatsoever, in whole or in part caused by, resulting from, arising out of, or in any way related to "Asbestos", including, but not limited to:

a.  The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, transportation, disposal, existence, presence, emanation, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to "Asbestos"; or

b.  Any request, demand, or order issued or made by any governmental body or agency that any "Insured" or others investigate, test for, monitor, clean up, remove, contain, remediate, treat, detoxify, neutralize, or in any way respond to or assess the extent or the effects of "Asbestos".

The Company shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements, as to any claim, suit, or proceeding involving or allegedly involving "Asbestos".

As used in this exclusion, "Asbestos" includes, but is not limited to, the mineral asbestos in any form, asbestos fibers, asbestos dust, asbestos products, asbestos containing materials, and asbestos contained in any products, goods, materials, buildings, structures, or other real or personal property.

All other terms and conditions of this policy remain unchanged.   AIW MAR 1 3 2000

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL ASBEXL 1298

03-23-2000 08 16 AM

COMMERCIAL GENERAL LIABILITY
CG 21 46 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and paragraph 2., Exclusions of COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury", "property damage", "advertising injury" or "personal injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2. The negligent:
   a. Employment;
   b. Investigation;
   c. Supervision;
   d. Reporting to the proper authorities, or failure to so report; or
   e. Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph 1. above.

AIW
MAR 1 3 2000
FAR

CG 21 46 10 93    Copyright, Insurance Services Office, Inc., 1992    Page 1 of 1

03-23-2000 08:16 AM

COMMERCIAL GENERAL LIABILITY
CG 21 47 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph 2., Exclusions of COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

"Personal injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

AIW
MAR 13 2000
FAR

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**INSURED:** E 2, Inc.  **POLICY NUMBER:** GL99600875

**PRODUCER:** Entertainment Brokers International  **EFFECTIVE DATE:** 08-08-99

## ENTERTAINMENT ERRORS & OMISSIONS EXCLUSIONS
## AMENDMENT ENDORSEMENT

Coverage, as is afforded by this policy, does not apply to:

1. Radio, television and motion picture producers' errors and omissions liability

2. Advertisers' errors and omissions liability

3. Broadcasters' errors and omissions liability

4. Publishers' errors and omissions liability

5. Loss arising from any publication or literature including any musical material conducted or composed by or on behalf of the Named Insured

6. Liability arising out of contracts or agreements with labor unions except entertainment related unions or professional guilds

AIW
MAR 1 3 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL EEOEXL 1298

03-23-2000 08:18 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | |
|---|---|
| **INSURED:** E 2, Inc. | **POLICY NUMBER:** GL99600875 |
| **PRODUCER:** Entertainment Brokers International | **EFFECTIVE DATE:** 08-08-99 |

**EXCLUSIONS - ALL HAZARDS IN CONNECTION WITH DESIGNATED EVENTS OR PREMISES**

**SCHEDULE**

**Designation of Operations or Premises**

Aircraft Events
Balloon Events
Circuses
Mechanical Amusement Devices
Motorized Sporting Events
Overnight Camping
Rodeo and Roping Events
Tractor Pulls

**EXCLUSION:**

This insurance does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of any operations connected with the events or premises shown in the schedule, unless separately and specifically endorsed on a Limitation of Coverage to Declared Event(s) Endorsement.

AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL OPEREXL 1298

03-23-2000 08:16 AM

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s), subject to the following additional exclusions:

This insurance does not apply:

1. To any "occurrence" which takes place after the equipment lease expires;
2. To "bodily injury" or "property damage" arising out of the sole negligence of the person or organization shown in the Schedule.



AIW
MAR 13 2000
FAR

CG 20 28 11 85            Copyright, Insurance Services Office, Inc., 1984            Page 1 of 1

03-23-2000 08 16 AM

POLICY NUMBER:                                     COMMERCIAL GENERAL LIABILITY
                                                   CG 20 12 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR POLITICAL SUBDIVISIONS – PERMITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| State Or Political Subdivision: |
|---|
|  |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II – Who Is An Insured** is amended to include as an insured any state or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

2. This insurance does not apply to:
   a. "Bodily injury," "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or
   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

AIW
MAR 13 2000
FAR

CG 20 12 07 98         Copyright, Insurance Services Office, Inc., 1997         Page 1 of 1

03-23-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | | | |
|---|---|---|---|
| **INSURED:** | E 2, Inc. | **POLICY NUMBER:** | GL99600875 |
| **PRODUCER:** | Entertainment Brokers International | **EFFECTIVE DATE:** | 08-08-99 |

**COVERAGE B: PERSONAL AND ADVERTISING INJURY LIABILITY ENTERTAINMENT INDUSTRY EXCLUSION:**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART

This policy does not apply to **Personal Injury** or **Advertising Injury** arising out of the development, creation, pre-production, production, post-production, distribution, exploitation, writing, broadcasting, airing, performing or exhibition of films, television/cable programs, radio programs, stage plays, video/audio cassettes, music, sheet music, computer programs, books or other similar materials, and properties.

All other terms and conditions of this policy remain unchanged.

AIW
MAR 13 2000

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL T14 1298

03-23-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.

**PRODUCER:** Entertainment Brokers International

**POLICY NUMBER:** GL99600875

**EFFECTIVE DATE:** 08-08-99

**UNINTENTIONAL ERRORS AND OMISSIONS**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

The failure of the named insured to disclose all hazards existing at the effective date of the policy, shall not prejudice the insured with respect to the insurance afforded by the policy, provided such failure is not intentional.

AIW
MAR 1 9 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL UNIEO 1298

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY
                                                        CG 20 11 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

1. Designation of Premises:
2. Name of Person or Organization:
3. Additional Premium:

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 01 96              Copyright, Insurance Services Office, Inc., 1994              Page 1 of 1

03-23-2000 08:16 AM

POLICY NUMBER:                                                                  COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

SCHEDULE

**Description of Operations:**


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)


With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

AIW
MAR 1 9 2000
FAR

CG 21 01 11 85             Copyright, Insurance Services Office, Inc., 1984                Page 1 of 1

03-23-2000 08:16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | | | |
|---|---|---|---|
| **INSURED:** | E 2, Inc. | **POLICY NUMBER:** | GL99600875 |
| **PRODUCER:** | Entertainment Brokers International | **EFFECTIVE DATE:** | 08-08-99 |

**EXCLUSIONS – FIREWORKS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**DESCRIPTION OF FIREWORKS:**

Fireworks, or pyrotechnic devices, or any similar explosive materials except "concussion effects," "flashpots," and "smokepots."

**EXCLUSIONS:**

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of fireworks shown in the Schedule.

**ADDITIONAL DEFINITIONS:**

A "concussion effect" is an effect intended to produce a loud noise and a violent jarring shock for dramatic effect.

A "flashpot" is a device containing flashpowder, intended to produce a flash of light and capable of directing the flash in an upward direction.

A "smokepot" is a pyrotechnic device used to create smoke.

A "concussion effect," "flashpot," or "smokepot" are induced electrically in a cylinder with no projectile, wadding or wrapping and are utilized to create visual effects with an explosive noise.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

AIW
MAR 13 2000

• GL FIREEXL 1298

03-23-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.      **POLICY NUMBER:** GL99600875

**PRODUCER:** Entertainment Brokers International      **EFFECTIVE DATE:** 08-08-99

**ADDITIONAL INSURED--DESIGNATED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Name of Person or Organization: **SPONSORS**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

AIW
MAR 1 3 2000
FAR

All other terms and conditions of this policy remain unchanged.
This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL SPONAI 1298

03-23-2000 08:16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INSURED:** E 2, Inc.               **POLICY NUMBER:** GL99600875

**PRODUCER:** Entertainment Brokers International     **EFFECTIVE DATE:** 08-08-99

## CONCERT PROMOTER PROGRAM SPECIAL ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of this policy in its entirety.

A.  **SPECIFIC COVERAGE**

   Unless otherwise specifically included, this insurance applies only to liability arising out of the Named Insured's operations as a concert promoter.

B.  **ADDITIONAL INSUREDS**

   Only if specifically declared as an "Additional Insured" with respect to a specific concert, as evidenced by a Certificate of Insurance issued for the Named Insured by or on behalf of the Company, it is agreed that the "Who Is An Insured" provision is amended to include as an Insured any person or organization of the types designated below, but only with respect to liability arising out of the Named Insured's operations as a concert promoter:

   1.  Owners and/or Lessors of premises leased, rented or loaned to the Named Insured, subject to the following additional exclusions:

       a.  This insurance does not apply to any occurrence which takes place after the Named Insured ceases to be a tenant in said premises;

       b.  This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the owner and/or lessor of said premises;

       c.  This insurance does not apply to any design defect or structural maintenance of said premises.

   2.  Performers.

   Any other type of person or organization to be included under this policy as an "Additional Insured" must be submitted to the Company for prior approval and shall not be an "Additional Insured" unless added to the policy by endorsement.

   With respect to any "Additional Insured" included under this policy, this insurance does not apply to the sole negligence of such "Additional Insured".

C.  **SEATING RESTRICTIONS**

   In the event of a concert promoted at a facility having a seating capacity of 25,000 or more, or for which there are admissions on an unreserved seat basis, the Named Insured shall provide the Company with the following information prior to the concert:

   AIW
   MAR 1 2000
   FAR

• GL CONPRO1 1298           1 of 2

1. Date of event and times
2. Name and location of event facility
3. Whether indoor or outdoor facility
4. Name of act(s)
5. Estimated number of admissions
6. Name(s) of security firm(s) engaged and Certificates of Insurance adding the Named Insured as Additional Insured
7. Name of loss control contact
8. Details on liquor sales and who is responsible for liquor liability

Each such event is subject to special rating to be determined by the Company, based on the above information and must be specifically endorsed hereon for coverage to apply.

D. **SPECIAL MINIMUM PREMIUM**

The Special Minimum Premium stated on the Declarations page of this policy is fully earned at the inception of this policy.

E. **COVERAGE**

Coverage shall not apply to any concert/event that has a specific area set up for the purpose of moshing pogo or any other form of dancing until the following has been received and approved:

1. A diagram of the area
2. Descriptions of barriers to be used
3. Experience of and the deployment plan of the security company
4. Copy of the waiver and release to be used
5. Whether the area will be videotaped

Each event is subject to separate rating to be determined by the Company.

F. **EVENTS NOT COVERED**

This insurance shall not apply to the following events promoted by the Named Insured unless specifically endorsed hereon:



All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL CONPRO1 1298          2 of 2

03-13-2000 08 16 AM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | |
|---|---|
| **INSURED:** E 2, Inc. | **POLICY NUMBER:** GL99600875 |
| **PRODUCER:** Entertainment Brokers International | **EFFECTIVE DATE:** 08-08-99 |

**EXCLUSIONS - ALL HAZARDS IN CONNECTION WITH DESIGNATED EVENTS OR PREMISES**

**SCHEDULE**

**Designation of Operations or Premises**

Aircraft Events
Animal Acts and Shows
Balloon Events
Block Parties/Street Closures/Street Fairs
Boat Shows
Boxing, Wrestling, Hockey & Football Games
Carnivals
Circuses
Concerts - Not Otherwise Classified
Evangelistic Meetings
Exhibitions
Film Production
Fireworks
Gun & Knife Shows
Gymnastic Competitions
Instructional Classes
Marathons
Mechanical Amusement Devices
Mobile Home Shows
Motorized Sporting Events
Overnight Camping
Professional Sports
Promoters
Pyrotechnics
Rap or Heavy Metal Concerts
Rummage Sales
Rodeo and Roping Events
RV Shows
Sidewalk Sales
Ski Events
Swap Meets
Swimming or Pool facilities
Tractor Pulls
Water events
Any event with a known attendance prior to the event greater than 5,000 people.
Any event not otherwise scheduled in Tulip Hazard Class I Event(s), or Tulip Hazards Class II Event(s), or Tulip Hazard Class III Event(s).

AIW
MAR 13 2000
FAR

• GL T3 1298                                            1 of 2

03-23-2000 08:16 AM

**EXCLUSION:**

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any operations connected with the events or premises shown in the schedule, unless separately and specifically endorsed on a Limitation of Coverage to Declared Event(s) Endorsement.



AIW
MAR 13 2000
FAR

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.

• GL T3 1298                    2 of 2