THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY <br><br> Plaintiff, <br><br><br> V. <br><br><br> TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. <br><br> Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT) <br><br><br><br><br><br><br><br> FEBRUARY 12, 2004 |

CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the defendants, Trumbull Shopping Center, LLC #2 a/k/a

Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a

Westfield Corporation, Inc. ("Westland"), respectfully move this Court to extend the time in

which to oppose and otherwise respond to the plaintiff's January 26, 2004 Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. The defendants request an extension of thirty (30) days from February 16, 2004 to on or before March 17, 2004.

The defendants request this additional time for the following reasons. When the parties to the instant action filed their respective motions for summary judgment (and requested expedited consideration of same), the trial of the underlying state court personal injury action was slated to commence on February 18, 2004. Subsequently, a continuance of that trial was granted by the court, and no new trial date has yet been assigned. Also, upon information and belief, the involved parties are currently engaged in settlement discussions to resolve the matter. Finally, this additional time will afford the defendants the opportunity to fully evaluate all pertinent issues raised in the summary judgment papers concerning this coverage action in order to prepare an effective response thereto.

In support of this motion, the undersigned represents that plaintiff's counsel, Steve Broer,

courteously consented to this extension of time on February 12, 2004. This is the defendants' first motion to extend this deadline.

Respectfully submitted,

THE DEFENDANTS,
TRUMBULL SHOPPING CENTER, LLC #2 a/k/a
WESTLAND PROPERTIES, INC. a/k/a WESTLAND
PROPERTY, INC. a/k/a WESTFIELD AMERICA,
INC. a/k/a WESTFIELD CORPORATION, INC.

By_____
Robert B. Flynn (ct15803)
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel:  203.784.8200
Fax: 203.789.8069
E-mail:  flynn@tylercooper.com
E-mail:  sachner@tylercooper.com

- Their Attorneys -

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 12th day of February, 2004:

Steve Broer, Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Stephen Jacques, Esq.  
Moore, O'Brien, Jacques & Yelenak  
700 West Johnson Avenue, #207  
Cheshire, CT 06410-1135

_____  
S. Peter Sachner