THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC.<br><br>Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br>FEBRUARY 12, 2004 |

CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the defendants, Trumbull Shopping Center, LLC #2 a/k/a Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a Westfield Corporation, Inc. ("Westland"), respectfully move this Court to extend the time in

Extension GRANTED, absent objection, to and including March 17, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   02/17/04