THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS,<br><br>Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br><br><br>MARCH 16, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a

Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a

Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

which to oppose and otherwise respond to the plaintiff's January 26, 2004 Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. The defendant requests an extension of an additional thirty (30) days from March 17, 2004 to on or before April 16, 2004.

The defendant requests this additional time for the following reasons. When the parties to the instant action filed their respective motions for summary judgment (and requested expedited consideration of same), the trial of the underlying state court personal injury action was slated to commence on February 18, 2004. Subsequently, a continuance of that trial was granted by the court, and a new trial date of November 2, 2004 has just been assigned. Most recently, all the involved parties are currently engaged in settlement discussions and/or efforts to participate in a formal mediation process to resolve all related matters.

In support of this motion, the undersigned represents that plaintiff's counsel, Steve Broer, courteously consented to this extension of time on March 15, 2004. This is the defendant's second motion to extend this deadline.

Respectfully submitted,

THE DEFENDANT,
TRUMBULL SHOPPING CENTER, LLC #2 a/k/a
WESTLAND PROPERTIES, INC. a/k/a WESTLAND
PROPERTY, INC. a/k/a WESTFIELD AMERICA,
INC. a/k/a WESTFIELD CORPORATION, INC.

By _____
Robert B. Flynn (ct15803)
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel: 203.784.8200
Fax: 203.789.8069
E-mail: flynn@tylercooper.com
E-mail: sachner@tylercooper.com

- Its Attorneys -

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 16th day of March, 2004:

Steve Broer, Esq.  
Halloran & Sage, LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Stephen Jacques, Esq.  
Moore, O'Brien, Jacques & Yelenak  
700 West Johnson Avenue, #207  
Cheshire, CT 06410-1135

S. Peter Sachner