THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>    Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC<br>#2 a/k/a WESTLAND PROPERTIES,<br>INC. a/k/a WESTLAND PROPERTY,<br>INC. a/k/a WESTFIELD AMERICA, INC.<br>a/k/a WESTFIELD CORPORATION,<br>INC. and JANET EDWARDS,<br><br>    Defendants. | CIVIL ACTION NO.: 3:03 CV 0329<br>(AWT)<br><br><br><br><br><br><br><br><br><br>MARCH 16, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

Extension GRANTED, nunc pro tunc,
to and including April 16, 2004
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    03/24/04