

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>    Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS,<br><br>    Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br><br><br><br><br>APRIL 16, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a

Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a

Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

> Extension GRANTED, nunc pro tunc,
> to and including May 16, 2004.
> It is so ordered.
>
> Alvin W. Thompson, U.S.D.J.
> Hartford, CT    04/20/04