THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>　　Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS,<br><br>　　Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br><br><br><br><br><br><br>MAY 13, 2004 |

CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a

Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a

Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

which Westland will oppose and otherwise respond to the plaintiff's January 26, 2004 Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. The defendant requests an extension of an additional forty (40) days from May 16, 2004 to on or before June 25, 2004. Plaintiff's counsel consents to this extension.

The defendant requests this additional time for the following reasons. Trial of the underlying state court personal injury action is now slated to commence on November 2, 2004. Presently, all involved parties are actively engaged in settlement discussions and/or efforts to participate in a formal mediation process to resolve all related matters. Although the parties have already agreed upon a mediator, Honorable Beverly Hodgson, of American Dispute Resolution Center, Inc., due to coordination of multiple counsel's trial schedules, the mediation is not expected to occur until late June/early July 2004. If these related matters are not resolved through the mediation process and/or the parties' independent efforts, the parties have agreed to complete briefing of any outstanding issues related to the instant coverage dispute immediately following the mediation session. In the meantime, the parties believe it is in the best interests of the parties and judicial economy to postpone further formal briefing and argument on the coverage issues.

In support of this motion, the undersigned represents that plaintiff's counsel, Steve Broer, courteously consented to this extension of time on May 13, 2004. This is the defendant's fourth motion to extend this deadline.

Respectfully submitted,

THE DEFENDANT,
TRUMBULL SHOPPING CENTER, LLC #2 a/k/a
WESTLAND PROPERTIES, INC. a/k/a WESTLAND
PROPERTY, INC. a/k/a WESTFIELD AMERICA,
INC. a/k/a WESTFIELD CORPORATION, INC.

By_____
Robert B. Flynn (ct15803)
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel:  203.784.8200
Fax: 203.789.8069
E-mail:  flynn@tylercooper.com
E-mail:  sachner@tylercooper.com

- Its Attorneys -

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 13th day of May, 2004:

Steve Broer, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Stephen Jacques, Esquire
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue, #207
Cheshire, CT 06410-1135

_____
S. Peter Sachner

4