```
                                              FILED

                                         2004 MAY 14  A 10: 12

        THE UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT
                DISTRICT OF CONNECTICUT    HARTFORD, CT.
```

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>　　Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS,<br><br>　　Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br><br><br><br><br><br><br>MAY 13, 2004 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

**Extension GRANTED, to and including June 25, 2004. It is so ordered**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  05/14/04

FILED 2004 MAY 15 P — U.S. DISTRICT COURT HARTFORD