FILED

2004 JUL 23 A 10: 00

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC<br>#2 a/k/a WESTLAND PROPERTIES,<br>INC. a/k/a WESTLAND PROPERTY,<br>INC. a/k/a WESTFIELD AMERICA, INC.<br>a/k/a WESTFIELD CORPORATION,<br>INC. and JANET EDWARDS,<br><br>Defendants. | CIVIL ACTION NO.: 3:03 CV 0329<br>(AWT)<br><br><br><br><br><br><br><br><br><br>JULY 23, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), the defendant, Trumbull Shopping Center, LLC #2 a/k/a

Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a

Westfield Corporation, Inc. ("Westland"), respectfully moves this Court to extend the time in

which Westland will oppose and otherwise respond to the plaintiff's January 26, 2004 Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. The defendant requests an extension of an additional thirty (30) days from the parties' scheduled formal mediation on August 9, 2004 to on or before September 8, 2004. Plaintiff's counsel has consented to this extension.

The defendant requests this additional time for the following reasons. Trial of the underlying state court personal injury action is now slated to commence on November 2, 2004. Presently, all involved parties are actively engaged in settlement discussions and will participate in a formal mediation process on August 9, 2004 in an effort to resolve all related matters. The Honorable Beverly Hodgson, of American Dispute Resolution Center, Inc., will conduct the mediation session commencing August 9, 2004. If these related matters are not resolved through the mediation process and/or the parties' independent efforts, the parties to the above-captioned action have agreed to complete briefing of any outstanding issues related to the instant coverage dispute and seek a hearing on these issues soon after August 9, 2004 mediation session. In the meantime, the parties believe it is in the best interests of the parties and judicial economy to postpone further formal briefing and argument on the coverage issues.

In support of this motion, the undersigned represents that plaintiff's counsel, John Lemega, of Halloran & Sage, courteously consented to this extension of time on July 22, 2004. This is the defendant's fifth motion to extend this deadline.

Respectfully submitted,

THE DEFENDANT,
TRUMBULL SHOPPING CENTER, LLC #2 a/k/a
WESTLAND PROPERTIES, INC. a/k/a WESTLAND
PROPERTY, INC. a/k/a WESTFIELD AMERICA,
INC. a/k/a WESTFIELD CORPORATION, INC.

By_____
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel:  203.784.8200
Fax: 203.789.8069
E-mail:  sachner@tylercooper.com

- Its Attorneys -

3