30

03CV329motSJ

FILED

2004 JAN 26 P 3: 04

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY | CIVIL ACTION |
|     Plaintiff | NO. 3:03 CV 0329 (AWT) |
| V. | RKW |
| TRUMBULL SHOPPING CENTER, LLC #2, a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS | |
|     Defendants | JANUARY 26, 2004 |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, the plaintiff, Redland Insurance Company ("Redland"), hereby moves for summary judgment as to its Complaint dated February 25, 2003.

This declaratory judgment action arises out of a slip and fall incident involving the defendant, Janet Edwards, which allegedly occurred on November 18, 1999 at the Trumbull Shopping Park owned by the defendant, Trumbull Shopping Center, LLC #2, a/k/a Westland Properties, Inc. a/k/a, Westland Property, Inc. a/k/a, Westfield America, Inc. a/k/a, Westfield Corporation, Inc. (hereinafter referred to as "Trumbull"). Trumbull contends that Redland is obligated to defend and indemnify it for claims asserted

**ORAL ARGUMENT REQUESTED**

DENIED, as moot, because the parties have represented that the case has settled. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 09/14/04

03cv329end30

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105