# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

REDLAND INSURANCE COMPANY

    Plaintiff,

CIVIL ACTION NO.: 3:03 CV 0329 (AWT)

V.

TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC.

    Defendants.

DECEMBER 30, 2003

## DEFENDANT WESTLAND'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Trumbull Shopping Center, LLC #2 a/k/a Westland Properties, Inc. a/k/a Westland Property, Inc. a/k/a Westfield America, Inc. a/k/a Westfield Corporation, Inc. (collectively "Westland"), hereby moves for summary judgment in its favor on the Plaintiff, Redland Insurance Company's

**ORAL ARGUMENT IS NOT REQUESTED**

*DENIED, as moot, because the parties have represented that the case has settled. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 09//04*