THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>    Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC<br>#2 a/k/a WESTLAND PROPERTIES,<br>INC. a/k/a WESTLAND PROPERTY,<br>INC. a/k/a WESTFIELD AMERICA, INC.<br>a/k/a WESTFIELD CORPORATION,<br>INC. and JANET EDWARDS,<br><br>    Defendants. | CIVIL ACTION NO.: 3:03 CV 0329<br>(AWT)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 22, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties, through their attorneys, hereby stipulate that this action, including the complaint, may be dismissed, with prejudice and without costs to any of the parties.

The reason for the dismissal is that the parties have settled this action.

SO STIPULATED:

PLAINTIFF,
REDLAND INSURANCE COMPANY

By: _____
Stephen H. Broer (ct21637)
Brown Raysman Millstein
Felder & Steiner, LLP
900 Third Avenue
New York, New York 10022
Tel: 212.895.2438
Fax: 212.895.2900
E-mail: sbroer@brownraysman.com

- Its Attorneys -

THE DEFENDANT,
JANET EDWARDS

By: _____
Stephen Jacques (ct10405)
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue, #207
Cheshire, Connecticut 06410-1135
Tel: 203.272.5881
Fax: 203.272.9273
E-mail: sjacques@mojylaw.com

- Her Attorneys -

THE DEFENDANT,
TRUMBULL SHOPPING CENTER, LLC #2
a/k/a WESTLAND PROPERTIES, INC.
a/k/a WESTLAND PROPERTY, INC.
a/k/a WESTFIELD AMERICA, INC.
a/k/a WESTFIELD CORPORATION, INC.

By: _____
Robert B. Flynn (ct15803)
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel: 203.784-8200
Fax: 203.789-8069
E-mail: flynn@tylercooper.com
E-mail: sachner@tylercooper.com

- Its Attorneys -

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this ~~22nd~~ 23rd day of September, 2004.

Steve Broer, Esquire
Brown Raysman Millstein
Felder & Steiner, LLP
900 Third Avenue
New York, New York 10022

Stephen Jacques, Esquire
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue, #207
Cheshire, CT 06410-1135

S. Peter Sachner (ct13421)