FILED

2004 SEP 24 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REDLAND INSURANCE COMPANY<br><br>Plaintiff,<br><br>V.<br><br>TRUMBULL SHOPPING CENTER, LLC #2 a/k/a WESTLAND PROPERTIES, INC. a/k/a WESTLAND PROPERTY, INC. a/k/a WESTFIELD AMERICA, INC. a/k/a WESTFIELD CORPORATION, INC. and JANET EDWARDS,<br><br>Defendants. | CIVIL ACTION NO.: 3:03 CV 0329 (AWT)<br><br><br><br>SEPTEMBER 22, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties, through their attorneys, hereby stipulate that this action, including the complaint, may be dismissed, with prejudice and without costs to any of the parties.

The reason for the dismissal is that the parties have settled this action.

FILED
2004 SEP 24 P 9: 29
U.S. DISTRICT COURT
HARTFORD, CT.

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   09/24/04